UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| CARY JANEWAY, | ) | |
| Plaintiff, | ) | 2:10-cv-1751-RCJ-RJJ |
| vs. | ) | |
| COAST HOTELS AND CASINOS, INC., etc., *et al.*, | ) | O R D E R |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on February 16, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;

2. Shall identify the discovery that remains outstanding;

3. Shall identify any pending discovery motions; and,

4. Shall detail all attempts to settle the case.

DATED this __22nd__ day of December, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge