ORIGINAL

**GUGINO LAW FIRM, CHTD.**
SALVATORE C. GUGINO, ESQ.
Nevada Bar No. 002268
6970 O'Bannon Drive, Bldg. 2
Las Vegas, Nevada 89117
(702) 385-3801

*Attorneys For Defendant*
*Coast Hotels and Casinos, Inc. dba*
*The Orleans Hotel and Casino*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

CARY JANEWAY,

                   Plaintiff,

vs.

COAST HOTELS AND CASINOS, INC. a Nevada
corporation, dba THE ORLEANS HOTEL AND
CASINO,

                   Defendant.

CASE NO. : **2:10-cv-01751-MMD-GWF**

### STIPULATION AND ORDER GRANTING DISMISSAL WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and between the Plaintiff, CARY JANEWAY, appearing in proper person, and Defendant COAST HOTELS AND CASINOS, INC. dba THE ORLEANS HOTEL AND CASINO, by and through their its counsel of record, SALVATORE C. GUGINO, ESQ. of GUGINO LAW FIRM CHTD. that the instant Complaint, and each and every claim, allegation or averment in this matter, be, and the same hereby is, dismissed with prejudice, each party to bear their own costs and attorneys' fees.

    IT IS FURTHER STIPULATED AND AGREED that the Amended Discovery Plan and Scheduling Order, filed on February 21, 2012 be, and the same hereby is, vacated.  Further, it is

...

...

...

...

**GUGINO LAW FIRM, CHTD.**
6970 O'BANNON DR., BLDG 2
LAS VEGAS, NEVADA 89117
PHONE (702) 385-3801   FAX (702) 385-3015

1  noted that No Notice of Trial Setting has been filed to date and, therefore, no trial is presently

2  scheduled.

3  DATED: __07-11-2012__                          DATED: _07-11-2012_

4       **GUGINO LAW FIRM CHTD.**                      **CARY ANN JANEWAY**

5

6  By:  /s/ Salvatore C. Gugino, Esq.           By: _____
         _____
7        SALVATORE C. GUGINO, ESQ.                  CARY ANN JANEWAY
         Nevada Bar No. 2268                        6629 Pheasant Moon Street
8        6970 O'Bannon Drive                        Las Vegas, Nevada 89148
         Las Vegas, Nevada  89117                   *Plaintiff In Proper Person*
9        Attorneys for Defendant,
         COAST HOTELS and CASINOS,
10       INC. dba THE ORLEANS HOTEL
         and CASINO

11                              **ORDER**

12       IT IS HEREBY ORDERED THAT, pursuant to the Stipulation of the parties hereto, that the

13  instant Complaint, and each and every claim, allegation or averment in this matter, be, and the same

14  hereby is, dismissed with prejudice, each party to bear their own costs and attorneys' fees.

15       IT IS FURTHER ORDERED that the Amended Discovery Plan and Scheduling Order, filed

16  on February 21, 2012 be, and the same hereby is, vacated.  No trial date has been set in this matter.

17       DATED this _____ day of July, 2012.

18

19                              _____
20                              **DISTRICT COURT JUDGE**

21  Submitted by:

22  GUGINO LAW FIRM CHTD.

23

24  _____
    SALVATORE C. GUGINO, ESQ.
25  Nevada Bar No. 2268
    6970 O'Bannon Drive
26  Las Vegas, Nevada  89117

27  *Attorneys For Defendant*
    *Coast Hotels and Casinos, Inc. dba*
28  *The Orleans Hotel and Casino*

GUGINO LAW FIRM, CHTD.
6970 O'BANNON DR., BLDG 2
LAS VEGAS, NEVADA 89117
PHONE (702) 385-3801   FAX (702) 385-3015

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, a true and correct copy of the foregoing ***STIPULATION AND ORDER GRANTING DISMISSAL WITH PREJUDICE*** was served this _____ day of July, 2012 as follows:

**Electronic Service:**

                        Richard Segerblom, Esq.
                        Nevada Bar No. 1010
                        700 South Third Street
                        Las Vegas, Nevada 89101
                        *Former Counsel For Plaintiff*
                        **E-mail: rsegerblom@lvcoxmail.com**

**Via U.S. Mail:**

                        CARY ANN JANEWAY
                        6629 Pheasant Moon Street
                        Las Vegas, Nevada 89148
                        *Plaintiff In Proper Person*

                        _____
                        **An Employee of GUGINO LAW FIRM, CHTD.**

**GUGINO LAW FIRM, CHTD.**
6970 O'BANNON DR., BLDG 2
LAS VEGAS, NEVADA 89117
PHONE (702) 385-3801  FAX (702) 385-3015

H:\Coast Hotels & Casinos\Janeway v. The Orleans.808.022\Pleadings\12-0710.sao.dismissal.w.prejudice.wpd